UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE JANSSEN,

                            Plaintiff,

        -against-

DONALD TRUMP; J.D. VANCE,

                            Defendants.

25cv9609 (LTS)

CIVIL JUDGMENT

         For the reasons stated in the March 3, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge

v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith

when he seeks review of a nonfrivolous issue).


SO ORDERED.

  Dated:    March 6, 2026
            New York, New York


                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                     Chief United States District Judge